## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JACK STANLEY, JR., AND ERIC STANLEY : No. 455 WAL 2019
:
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
JACK D. STANLEY AND MAXINE :
STANLEY, HUSBAND AND WIFE, SHANE :
DEVER AND PAMELA STANLEY :
:
:
:
PETITION OF: SHANE DEVER AND :
PAMELA STANLEY :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.